AO91 (Rev 12/03)   Criminal Complaint                                                                                                   AUSA  P. Warner

# UNITED STATES DISTRICT COURT

Southern District of Texas McAllen Division

**UNITED STATES OF AMERICA**
vs.

**Mahdie Najafi VASHVAEE**
IAE
Iran 1991

United States Courts
Southern District of Texas
FILED

*April 9, 2025*

Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:   7:25-po-01140

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **April 8, 2025** in **Starr** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Mahdie Najafi VASHVAEE was encountered by Border Patrol Agents near Fronton, Texas, on April 8, 2025. When questioned as to her citizenship, defendant stated that she was a citizen and national of Iran, who had entered the United States illegally on April 8, 2025 by crossing the Rio Grande River near Fronton, Texas.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Laureano Cantu
Signature of Complainant

Border Patrol Agent Laureano Cantu
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

April 9, 2025 at 7:17 p.m.
Date

McAllen, Texas
City/State

J. Scott Hacker                Magistrate Judge
Name of Judge                  Title of Judge

Signature of Judge